ERIC W. SWANIS, ESQ.
(NV Bar No. 6840)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
swanise@gtlaw.com
*Counsel for Defendant*
*KMART Corporation*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MUFFREY LLC, a Delaware limited liability company, and FUNDAMENTALS COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KMART CORPORATION, a Michigan corporation, DOES I through XX, and ROE BUSINESS ENTITIES I through XX,<br><br>Defendants. | Case No.: 2:16-cv-01661-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR KMART CORPORATION TO RESPOND TO THE COMPLAINT (First Request)** |

COME NOW, Defendant KMART CORPORATION ("Defendant" or "Kmart"), and Plaintiffs MUFFREY LLC and FUNDAMENTALS COMPANY LLC ("Plaintiffs"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows

**IT IS HEREBY STIULATED THAT**:

1. The deadline for Defendant to respond to the Complaint is extended until September 6, 2016 in order to allow Defendant's newly-retained counsel to evaluate the case and to allow the parties to explore amicable resolution of the claims.

Page 1 of 2

CHI 67290230v1

| | |
|---|---|
| Dated: August 5, 2016. | Dated: August 5, 2016. |
| **GREENBERG TRAURIG, LLP** | **HAINES & KRIEGER, LLC** |
| By: */s/ Eric W. Swanis*  <br> ERIC W. SWANIS, ESQ. <br> Nevada Bar No. 6840 <br> 3773 Howard Hughes Parkway <br> Suite 400 North <br> Las Vegas, Nevada  89169 <br> Telephone:(702) 792-3773 <br> Facsimile:  (702) 792-9002 <br> Email:       swanise@gtlaw.com <br> *Attorneys for Defendant KMART Corporation* | By: */s/Jeffrey A. Bendavid*  <br> JEFFREY A. BENDAVID, ESQ. <br> Nevada Bar No. 6220 <br> Kris D. Klingensmith, Esq. <br> Nevada Bar No. 13904 <br> 630 So. 4th Street <br> Las Vegas, Nevada  89101 <br> Phone:  (702) 384-8424 <br> Email:  j.bendavid@moranlawfirm.com <br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2016