# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUFFREY, LLC, et al., | |
| Plaintiff(s), | Case No. 2:16-cv-01661-GMN-NJK |
| vs. | |
| KMART CORPORATION, et al., | ORDER |
| Defendant(s). | (Docket No. 25) |

Pending before the Court is Plaintiffs' emergency motion to conduct an immediate visual site inspection of the property at the center of the instant case, filed on February 1, 2017. Docket No. 25. Defendant Kmart Corporation filed a response, and Plaintiffs filed a reply. Docket Nos. 31, 32. Before Plaintiffs filed this motion, the parties scheduled an expert inspection of the property to occur on February 13-14, 2017. *See, e.g.*, Docket No. 25-1 at 4. However, Plaintiffs submit that they wish to conduct an additional, earlier inspection of the property because of recent floods in the area that may have damaged it. *See, e.g.*, Docket No. 25 at 3-4. Plaintiffs fail to provide any support for the extraordinary relief they request. *See* Docket No. 25. Further, in their reply, filed on February 8, 2017, Plaintiffs concede that "[e]mergency inspection is practically impossible." Docket No. 32 at 3. Accordingly, the Court **DENIES** Plaintiffs' motion, Docket No. 25, as moot.

IT IS SO ORDERED.

DATED: February 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge